AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF  MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

Frank Da Silva

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1835-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___from 8-9-04 through 12-8-04___ in ___Worcester___ county, in the _____ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense) knowingly and without lawful authority, produce and transfer false identification documents

in violation of Title ___18___ United States Code, Section(s) ___1028(a)(1) and 1028 (a)(2)___ .

I further state that I am a(n) ___Senior Special Agent___ and that this complaint is based on the following
                                      Official Title
facts:

See attched affidavit of ICE Senior Special Agent Nicole Cosola, incorporated herein by reference.

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____Nicole M. Cosola_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

12-08-2004                              at             Worcester, MA
Date                                                   City and State

Charles B. Swartwood, III
U.S. Magistrate Judge                        _____
Name & Title of Judicial Officer             Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.